AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| RONALD MELE | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **RONALD MELE**

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1512(k)(Conspiracy to Obstruct an Official Proceeding); 18 U.S.C. § 1512(c)(2)(Obstruction of an Official Proceeding and Aiding and Abetting);18 U.S.C. § 1752(a)(1)(Restricted Building or Grounds);18 U.S.C. § 1752 (a)(2) (Restricted Building or Grounds).

Date: 06/09/2021

Zia M. Faruqui
2021.06.09
16:54:39 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/9/21, and the person was arrested on *(date)* 6/10/21
at *(city and state)* Riverside, CA

Date: 6/10/21

*Arresting officer's signature*

Special Agent Dewey Stover
*Printed name and title*