AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No. 1:21-cr-00392-RCL-6 |
| Ronald Mele | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ronald Mele

Date: 10/05/2021

*Attorney's signature*

Steven C. Bailey  CA SBN 146382
*Printed name and bar number*
680 Placeville Drive, Ste A1
Placerville, CA 95667

*Address*

Steven@stevencbailey.org
*E-mail address*

(530) 212-3407
*Telephone number*

*FAX number*