STEVEN C. BAILEY      (146382)
BAILEY & ROMERO
680 Placerville Drive, Ste. A1
Placerville, CA 95667
(530) 212-3407
Steven@stevencbailey.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| UNITED STATE OF AMERICA, | Case No.: 1:21-CR-392 (RCL) |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF MOTION AND MOTION FOR COURT PERMISSION TO RELOCATE FROM THE CENTRAL DISTRICT OF CALIFORNIA TO THE WESTERN DISTRICT OF TEXAS |
| RONALD MELE, | |
| Defendant | |

NOTICE OF MOTION

Defendant, Ronald Mele, files this notice of motion seeking the approval of this Court to change the location of his residence and that of his wife and family from the Central District of California to the Western District of Texas. Defendant seeks this approval as soon as the Court can hear this matter. Defendant request that the court hear this motion at the next hearing on February 4, 2022.

Counsel has discussed this matter with the Assistant US Attorney Rita Berkower and the motion is unopposed by the Government.

MOTION AND POINTS & AUTHORITIES

Defendant request that the court grant this mouse to permit the defendant to relocate from the central District of California to the western district of Texas. Defendant in his family have resided in the central district of California for the past 32 years. However, since the indictment in this case, defendant has been left without the ability to support his family. His employment opportunities have dried up and the defendant is currently underemployed. Further, defendant children split their time between their mother and father's home. The children mother and her husband wish to relocate to Texas. defendant wishes to relocate to the same area so that the children's lives will not be disrupted. Defendant and the children's mother will reside in close proximity to one another which will permit the children to continue with their visitation.

NOTICE OF MOTION AND MOTION FOR COURT PERMISSION TO RELOCATE FROM THE CENTRAL DISTRICT OF CALIFORNIA TO THE WESTERN DISTRICT OF TEXAS - 1

1 | Moreover, defendant has made preliminary inquiries to employers in the area defendant believes said his job
2 | opportunities will be significantly better in Texas then the prospects are in California.
3 | The Court has issued specific orders governing the defendants release, one of those orders being the location of the
4 | defendant's residence.
5 | Attached is the declaration of defendant Ronald Mele, filed under seal, that describes the reasons for the move as
6 | well as the pertinent location information regarding the move.

DATED: January 27, 2022

STEVEN C. BAILEY
Attorney for Defendant
RONALD MELE

NOTICE OF MOTION AND MOTION FOR COURT PERMISSION TO RELOCATE FROM THE CENTRAL DISTRICT OF CALIFORNIA TO THE WESTERN DISTRICT OF TEXAS - 2