STEVEN C. BAILEY (146382)
BAILEY & ROMERO
680 Placerville Drive, Ste. A1
Placerville, CA 95667
(530) 212-3407
Steven@stevencbailey.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| UNITED STATE OF AMERICA, | Case No.: 1:21-CR-392 (RCL) |
|---|---|
| Plaintiff, | |
| vs. | DECLARATION OF DEFENDANT RONALD MELE IN SUPPORT OF HIS MOTION TO CHANGE DOMICILE FROM THE CENTRAL DISTRICT OF CALIFORNIA TO THE WESTERN DISTRICT OF TEXAS |
| RONALD MELE, | |
| Defendant | |

DECLARATION OF RONALD MELE

(FILED UNDER SEAL)

I, RONALD MELE, do hereby declare:

1. I am the defendant in the case of United States of America v. Ronald Mele. This is a multi-defendant case with the title United States of America v. Alan Hostetter, Case number 21-CR-392.

2. I filed this declaration under seal because I am fearful for my safety and that of my family, and I do not want my address publicly available nor the fact that I wish to relocate to a specific residence in Texas available to the public or the media.

3. I currently reside at 44883 Corte Sierra, Temecula CA 92592.

DECLARATION OF DEFENDANT RONALD MELE IN SUPPORT OF HIS MOTION TO CHANGE DOMICILE FROM THE CENTRAL DISTRICT OF CALIFORNIA TO THE WESTERN DISTRICT OF TEXAS -
1

4. I have resided in this area since 1989. I am married to Elinor Mele and have two stepchildren, Tyler, and Layla Clow.

5. I have always been employed as a salesman and have been very successful in that field. My last employer prior to my indictment was Lactalis American Group, the largest dairy company in the world where I was a regional salesman for the West.

6. After my arrest I was terminated from that position and have been unable to find another sales position in this area.

7. I am currently a service technician at PacWest Air Filtration Specialists, where I install filters into HVAC systems after removing the dirty filters. My rate of pay is substantially lower than my former employment, as my rate is barely above minimum wage, forcing my family and I to live paycheck to paycheck.

8. Although I have several reasons to relocate to Texas, the main reason for my relocation is to keep my blended family together at all costs since my wife's ex-husband is also planning to relocate to Texas.

9. My stepchildren have always been in close proximity to their father, and pursuant to the family court order both parents must share fifty-fifty custody; they must reside in the same state and county; and any relocation must be agreed upon.

10. Furthermore, the children are very close with their step siblings from their blended family on their father's side, and we would like that to continue. Aside from the family court order, it is also very important to me that my stepchildren are able to continue their close relationship with their step siblings.

DECLARATION OF DEFENDANT RONALD MELE IN SUPPORT OF HIS MOTION TO CHANGE DOMICILE FROM THE CENTRAL DISTRICT OF CALIFORNIA TO THE WESTERN DISTRICT OF TEXAS -
2

11. My wife also desires to relocate to Texas so that we can continue to share fifty-fifty custody of the children and they can maintain the bond they have with their step siblings. Moreover, my wife will secure employment in Texas, where she can continue her work as an esthetician.

12. To that end, my wife and I will relocate to the Western District of Texas, specifically to Northern San Antonio, Comal County area, should the Court grant me permission to move.

13. Our residence will be in close proximity to the children's father, which is in Kinder Ranch San Antonio, and is in compliance with the family court order should this Court grant this motion.

14. Additionally, there is a plethora of job prospects for me in Texas, as I have been in contact with several employers who have requested my resume as well as interviews. The employment opportunities offered to me in Texas have been in sales in which I have been successful in for over 20 years.

15. Through moving to Texas, I would be able to secure better employment, one that is in my expertise for sales, and that will allow me to better provide for my family. When applying for employment here in California, employers are enthusiastic about me at the onset as a possible job candidate because of my qualifications. However, midway through the hiring process and once the employer has done a background search, I am immediately shutdown for any employment prospects when the employer finds out I have this pending criminal litigation on my record.

DECLARATION OF DEFENDANT RONALD MELE IN SUPPORT OF HIS MOTION TO CHANGE DOMICILE FROM THE CENTRAL DISTRICT OF CALIFORNIA TO THE WESTERN DISTRICT OF TEXAS -
3

16. This is in stark contrast with the employers that I have been contact with in Texas. The Texas employers are aware of my pending criminal matter, sympathetic to my situation, open to me being a part of their company, and enthusiastic to have my experience on their team.

17. Lastly, the cost of living in Texas is approximately twenty to thirty percent lower than here in California, and this factor would also allow for me to fully provide for my family where we will no longer have to live paycheck to paycheck.

18. The date that we would officially change our domicile is May of 2022. I will immediately report to pretrial services in the Western District of Texas as soon as I relocate, and have already made arrangements with my Pretrial Services officer in San Antonio.

19. My Pretrial Services officer in the Central District of California has advised me that she does not have the authority to approve my move without court approval. I have been in regular contact and have complied with all requests and requirements imposed by my conditions of release. Both of my Pretrial Services Officers have often shown appreciation for my compliance. When I relocate to the Western District of Texas, I will continue to comply with any and all Court orders, and/or orders from pretrial services.

20. It is imperative that the Court allow me to move to Texas with my family, so that our blended families can stay together and continue to enjoy their close-knit bond. Additionally, pursuant to the family court order, we are required to reside in close proximity to one another. Finally, my relocation to Texas will allow me to secure better employment which will enable me to better provide for my family.

DECLARATION OF DEFENDANT RONALD MELE IN SUPPORT OF HIS MOTION TO CHANGE DOMICILE FROM THE CENTRAL DISTRICT OF CALIFORNIA TO THE WESTERN DISTRICT OF TEXAS -
4

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and if called to testify I could testify from personal knowledge. Signed this 27th day of January 2022 in Temecula, California.

*/s/ Ronald T. Mele*

RONALD MELE

DECLARATION OF DEFENDANT RONALD MELE IN SUPPORT OF HIS MOTION TO CHANGE DOMICILE FROM THE CENTRAL DISTRICT OF CALIFORNIA TO THE WESTERN DISTRICT OF TEXAS -
5