IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RONALD MELE,<br><br>*Defendant.* | Case No. 1:21-CR-392-RCL<br><br>**ORDER TO ALLOW RELOCATION FROM THE CENTRAL DISTRICT OF CALIFORNIA TO THE WESTERN DISTRICT OF TEXAS** ~~(PROPOSED)~~ |

### ORDER TO ALLOW MOVE-AWAY ~~(PROPOSED)~~

Before the Court is the request of Ronald Mele to be permitted to move to the Western District of Texas on or after April 28, 2022. The Government does NOT OPPOSE this request, and reaffirms Mr. Mele continue to comply with all the Court's Orders and check-in with Pre-Trial Services as soon as he has moved.

For the reasons set forth in the Motion, this Order is hereby:

ORDERED, that the Motion is **GRANTED**, and that Mr. Mele be

1. **ALLOWED** to move to the Western District of Texas on April 28, 2022.

IT IS SO ORDERED.

February __4__, 2021

_____
HONORABLE ROYCE C. LAMBERTH
United States District Judge