AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia  ▼

| | |
|---|---|
| United States of America )<br>*Plaintiff* )<br>v. )<br>Ronald Mele )<br>*Defendant* ) | Case No.  1:21-cr-00392-RCL-6 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ronald Mele

Date:   01/02/2023

*Attorney's signature*

Amanda K. Perez CA SBN 342923
*Printed name and bar number*
932 D Street, Suite 2
Ramona, CA 92065

*Address*

a_perez29@u.pacific.edu
*E-mail address*

(951) 795-8545
*Telephone number*

*FAX number*