# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RONALD MELE,<br><br>        *Defendant.* | Case No. 1:21-CR-392-RCL-6<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL** |

Notice is hereby given that, subject to approval by the Court, Amanda K. Perez, California State Bar No. 34292, withdraws as counsel for Defendant Ronald Mele ("Mr. Mele") in the above-referenced case. The remaining counsel of record for Mr. Mele will continue to represent Mr. Mele in this case.

Respectfully Submitted,

*/s/ Amanda K. Perez*
Amanda K. Perez (CA SBN 342923)
*Attorney for Defendant, Ronald Mele*
REID & HELLYER, APC
38975 Sky Canyon Drive, Suite 203
Murrieta, CA 9563
(951) 695-8700
a_perez29@u.pacific.edu

1
Notice of Withdrawal as Counsel

**CERTIFICATE OF SERVICE**

    I, Amanda K. Perez, hereby certify that on April 22, 2024, I caused a copy of this Notice of Withdrawal as Counsel to be delivered to the parties of record by filing it electronically with the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                            */s/ Amanda K. Perez*
                                            Amanda K. Perez