# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-3045** **September Term, 2024**

**1:21-cr-00392-RCL-4**
**1:21-cr-00392-RCL-6**

**Filed On: September 12, 2024** **[2074459]**

United States of America,

Appellee

v.

Ronald Mele,

Appellant

------------------------------

Consolidated with 24-3052

**M A N D A T E**

In accordance with the order of September 12, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk

Link to the order filed September 12, 2024