# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-3045** **September Term, 2024**

**1:21-cr-00392-RCL-3**
**1:21-cr-00392-RCL-4**
**1:21-cr-00392-RCL-5**
**1:21-cr-00392-RCL-6**

**Filed On:** September 12, 2024

United States of America,

Appellee

v.

Ronald Mele,

Appellant

------------------------------

Consolidated with 24-3046, 24-3047, 24-3052

**BEFORE:** Millett, Pillard, and Pan, Circuit Judges

**O R D E R**

Upon consideration of the joint motions to govern further proceedings, it is

**ORDERED** that appellants Ronald Mele's and Felipe Martinez's convictions under 18 U.S.C. § 1512(c)(2) and 18 U.S.C. § 1512(k) be vacated and Nos. 24-3045 and 24-3052 be remanded for further proceedings. It is

**FURTHER ORDERED** that the consolidation of Nos. 24-3045 and 24-3052 with the remaining cases be terminated and the remaining cases be consolidated under lead docket No. 24-3046.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate in Nos. 24-3045 and 24-3052 forthwith to the district court.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk