# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

    **v.**

**FELIPE ANTONIO "TONY" MARTINEZ,**
**and**
**RONALD MELE,**

    **Defendants.**

**Case No. 21-CR-392-4, 6**

## ORDER

*which I received 1/22/25*

Pursuant to the motion filed by the United States, it is hereby ordered that the Motion to Dismiss the Second Superseding Indictment against defendants Felipe Antonio "Tony" Martinez and Ronald Mele pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this ___ day of ___ Jan ___, 2025.

_____
HONORABLE ROYCE C. LAMBERTH
United States District Court Judge